# EXHIBIT A

 **TOYOTA**     **Tech Tip**   T-TT-0484-18        March 09, 2018

Subject
# Bluetooth Hands Free Call Echo

Market
## USA

| Service Category | Section |
|---|---|
| Audio/Visual/Telematics | Cellular Communication |

Applicability
## All Applicable Models

## APPLICABLE VEHICLES

| | | | |
|---|---|---|---|
| 2016-2018 | Highlander | 2016-2018 | Prius |
| 2017-2018 | Avalon | 2016-2018 | Tundra |
| 2016-2018 | Sienna | 2017-2018 | Avalon HV |
| 2016-2018 | Prius V | 2018 | Yaris |
| 2016-2018 | Tacoma | 2017-2018 | 4Runner |
| 2016-2018 | Sequoia | 2016-2018 | Highlander HV |

## CONDITION

Some customers may experience echoing on the line calling the vehicle when using Bluetooth Hands Free. This is caused by the phone Hands Free volume being too low. These settings may need to be reapplied any time the phone is paired to a new head unit, a phone update is applied, or the phone is un-paired and re-paired.

## RECOMMENDATIONS

Initiate a phone call and increase the volume on the phone to max volume using the volume up button on the side of the phone, then lower the head unit volume to 45 or lower.

## LINK REFERENCES

This Tech Tip does not contain any link references

Exhibit A