IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHARON MENZEL, individually and on behalf of a class of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., et al.<br><br>Defendant. | Case No.: 3:21-cv-00781 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses without prejudice the above-entitled action against Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. Defendants have not yet answered the Complaint or filed a motion for summary judgment.

Dated: October 22, 2021         Respectfully submitted,

**NORMAND PLLC**

By: _/s/ Jacob Phillips_
Jacob Phillips
Florida Bar No. 120130
Jacob.phillips@normandpllc.com
NORMAND PLLC
3165 McCrory Pl., Ste. 175
Orlando, FL 32803
Tel: (407) 603-6031
Fax: (888) 974-2175

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2021, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

/s/ Jacob Phillips