# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SHARON MENZEL, individually
and on behalf of a class of others
similarly situated,

      Plaintiff,

v.                                             Case No. 3:21-cv-781-MMH-PDB

TOYOTA MOTOR SALES, U.S.A.,
INC., et al.,

      Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 22; Notice) filed on October 22, 2021. In the Notice, Plaintiff requests dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of October, 2021.

*[Signature: Marcia Morales Howard]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record